THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Morris Clayton Smalls,       
Appellant.
 
 
 

Appeal From Charleston County
A. Victor Rawl, Circuit Court Judge

Unpublished Opinion No. 2003-UP-624
Submitted August 20, 2003  Filed 
 October 21, 2003

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Morris Clayton Smalls was indicted 
 for trafficking in cocaine, possession with intent to distribute within proximity 
 of a school, and conspiracy to violate South Carolinas narcotics laws.  The 
 State did not go forward with conspiracy to violate South Carolinas narcotics 
 laws because of an insufficient indictment.  The jury convicted him as charged 
 of trafficking in cocaine and possession with intent to distribute within proximity 
 of a school.  The judge sentenced him to seven years on each charge to run concurrently.    
 Smalls appellate counsel filed a brief pursuant to Anders v. California, 
 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved 
 from representation, asserting there are no directly appealable issues of arguable 
 merit.  Smalls filed a pro se response with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON,
JJ., concur.

 
 
 
 [1] We decide this case without oral argument pursuant to Rule 215,
 SCACR.